# ATTACHMENT 1

FILED
JUN 03 2019
US DISTRICT COURT
NEW ALBANY DIVISION

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Christopher Ferguson

vs

(Full name of defendant(s))

LT. Smith

Officer Billings

Major Beard

Case Number:

4 : 19 -CV- 0119 SEB -DML
(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of __INDIANA__, and is located at
         (State)

   __501 E Court Ave Jeffersonville, IN, 47130__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __MAJor Beard LT. Smith, officer Billings.__
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 6-13-18 I had complained to LT. Smith, which is in control of Classification, That I was a target from A Gang inside of the Jail, AT This Point it Started with Being Harassed By the (GAYLords) An Infamous And ruthless Gang In Clark co. Jail, I was Being moved to A cell which was By myself, They moved Ryan Hardin (miami) They President into my cell →

officer Billings shine the light on my Room I had told her that i cannot Be around Him. she went and moved him Anyways He Began Beating me in my face. Causing Injury, He had o my, my Pressed Against the window officer Billings noticed And Detained me taking me down stairs I had told Lt. Smith i could not Be Around Them, There was keep aways in Place. Which failure to Protect, Threat to Safety And no concern. I had Exhausted my Administrative Remedies in which only one that major Beard responded To, The others were never responded too They violated my Rights as a Inmate let alone as a human Being. I Am Still Scared for my life and this has taking A Permenent scar on me

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like a relief of $160,000 for violation of my federal Rights As A Inmate and human Being. And for threatning my safeto And causing me Injura.

E. JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this 27th day of MAY 20 19.

Respectfully Submitted,

*Christopher Ferguson*
Signature of Plaintiff

10112
Plaintiff's Prisoner ID Number

501 E Court Ave
Jeffersonville, IN, 47130
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓] I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.